[No. 23335-5-II.    Division Two.    October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WILLIAM
HOFFAS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 98-1-00145-8, David R. Draper, J., entered May
26, 1998. *Affirmed* by unpublished opinion per Houghton,
J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 23354-1-II.    Division Two.    October 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL DENNIS
RODIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-04425-3, Terry D. Sebring, J., entered
April 28, 1998. *Affirmed* by unpublished opinion per Bridge-
water, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 23374-6-II.    Division Two.    October 1, 1999.]

CHERI TROY, *Appellant*, v. PIERCE COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-2-03774-7, Sergio Armijo, J., entered May 4,
1998. *Affirmed* by unpublished opinion per Houghton, J.,
concurred in by Morgan and Seinfeld, JJ.

[No. 41600-6-I.    Division One.    October 4, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
STANLEY DAVID BERGEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-00511-1, Charles S. French, J.,
entered October 9, 1997. *Affirmed* by unpublished opinion
per Ellington, J., concurred in by Agid, A.C.J., and Baker, J.